AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Scott McMahon,
on behalf of himself and classes,
                 Plaintiff,

V.

LVNV Funding, LLC, Resurgent Capital
Services, L.P., Alegis Group, LLC, and
Tate & Kirlin Associates, Inc.,   Defendants.

CASE NUMBER: 12-cv-1410

ASSIGNED JUDGE: Kocoras

DESIGNATED MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

Resurgent Capital Services, L.P.
c/o CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within    21    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

> NOTE: When the print dialogue
> box appears, be sure to uncheck
> the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK

DATE
February 28, 2012
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/29/12 |
| NAME OF SERVER *(PRINT)* Daniel Marlin | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL, 60604.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/29/12
Date

Signature of Server: Daniel Marlin

Address of Server:
Edelman, Combs, Latturner + Goodwin, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.