**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT MCMAHON, | ) | |
| on behalf of plaintiff and the classes defined | ) | |
| herein, | ) | |
| | ) | |
| Plaintiff, | ) | 12-cv-1410 |
| | ) | |
| vs. | ) | Judge Kocoras |
| | ) | Magistrate Judge Denlow |
| LVNV FUNDING, LLC, | ) | |
| RESURGENT CAPITAL SERVICES, L.P.; | ) | |
| ALEGIS GROUP, LLC; | ) | |
| and TATE & KIRLIN ASSOCIATES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Scott McMahon, respectfully requests an extension of time until May 18, 2012 to file his response brief in opposition to Defendants' motion to dismiss.

In support of his motion, Plaintiff states:

1. On April 17, 2012 Defendants filed a motion to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. On April 19, 2012 the Court entered a briefing schedule on Defendants' Motion to Dismiss, whereby Plaintiff's response brief is due on May 10, 2012.

3. Plaintiff requests that the Court reset the briefing schedule and extend his deadline to file his response brief until May 18, 2012. Plaintiff is unable to complete his response brief by the May 10th deadline.

4. Granting Plaintiff's motion for a brief extension of time will not prejudice

Defendants or cause undue delay in the proceedings.

   5.  Plaintiff's counsel has discussed the relief sought in this motion with Defendants' counsel. Defendants' counsel represents that Defendants do not object to Plaintiff's request for an extension.

   WHEREFORE, Plaintiff respectfully requests that the Court reset the briefing schedule on Defendants' Motion to Dismiss, whereby Plaintiff's response brief will be due no later than May 18, 2012.

              Respectfully submitted,

              s/Tiffany N. Hardy
              Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on May 7, 2012, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notification of such filing was sent to the following parties:

David M. Schultz
dschultz@hinshawlaw.com

Nabil G. Foster
nfoster@hinshawlaw.com

                                                                    s/Tiffany N. Hardy
                                                                    Tiffany N. Hardy