# EXHIBIT A

# TATE & KIRLIN ASSOCIATES

*2810 Southampton Road*
*Philadelphia, PA 19154-1207*
Toll Free (866) 520-3790 • (215) 554-6482
<u>www.paytka.com</u>

 2810 Southampton Road
Philadelphia, PA 19154-1207

▆7910    2 2 00000388
         946332

Scott MC Mahon

Redacted

December 19, 2011

Creditor:              LVNV FUNDING LLC
Previous Creditor:     NICOR GAS
Client Ref #:          ▆3231
Account#:              ▆7910
Total Due:             $584.98

This account has been listed with our office for collection. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

## An Opportunity:

We are pleased to extend to you an offer to settle your account in full for $233.99. This represents a savings of 60% off your balance.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Yours truly,
*Thomas McNamee*

PLEASE SEE ADDITIONAL PAGE(S) FOR IMPORTANT PRIVACY NOTICE

---

Please detach and return bottom portion with your payment in the envelope supplied; be sure the address below shows through the return envelope window.

December 19, 2011
Scott MC Mahon

Please indicate any address changes below:

Address: _____
City, State, Zip _____
Home Phone #: _____
Business Phone #: _____

Creditor:              LVNV FUNDING LLC
Previous Creditor:     NICOR GAS
Client Ref #:          ▆3231
Account#:              ▆7910
Total Due:             $584.98



Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW | | |
|---|---|---|
| ☐ VISA | CARD NUMBER | EXP DATE |
| | SIGNATURE | |
| ☐ MasterCard | AMOUNT | CVV/CID (3-Digit Verification Code on Back of Card) |

G311-S40
TNK.wfd
946332