# EXHIBIT B

December 29, 2011

Thomas McNamee
**TATE & KIRLIN ASSOCIATES**
2810 Southampton Rd
Philadelphia PA 19154-1207

Redacted

Subject: Acct # ████7910

Dear Mr McNamee:

This is a response to your correspondence dated 12/19/2011 regarding a bill for $584.98 (acct #████7910) and an opportunity to settle that bill for $233.99. A copy of that correspondence is included with this letter.

If you send me verification of the debt and evidence your company is authorized to collect it, we can settle this quickly.

Thank you.

Sincerely,

Scott A. McMahon

████████
████████

Encl: Bill for $233.99