IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT MCMAHON, <br> on behalf of plaintiff and the classes defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 12-cv-1410 |
| vs. | ) ) ) | Judge Alonso <br> Magistrate Judge Martin |
| LVNV FUNDING, LLC, <br> RESURGENT CAPITAL SERVICES, L.P.; <br> ALEGIS GROUP, LLC; <br> and TATE & KIRLIN ASSOCIATES, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

The parties hereby inform the Court that the parties have reached a settlement on a class basis in this case. The parties anticipate filing a motion for preliminary approval of the class action settlement within 45 days. The parties request that the Court strike all future deadlines and due dates.

Respectfully Submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
20 S. Clark St. Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on July 18, 2016, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Nabil G. Foster
nfoster@hinshawlaw.com

David M. Schultz
dschultz@hinshawlaw.com

Joel David Bertocchi
jbertocchi@hinshawlaw.com

                                        s/ Tiffany N. Hardy
                                        Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com