# EXHIBIT B

## Appendix A
## Survey Questions

Demographic questions asked of all participants:

1. Are you male or female?

2. What is your age?

3. What is the highest level of education you have completed?

4. What is your total household income?

5. Select the range of your highest amount of debt accrued to date, excluding mortgage.

**Survey A Questions:**

6A. Assume that you have a debt from the past. You stopped making payments on this debt more than six years ago, and the debt was eventually sent to a debt collection agency for collection. You receive a letter from this agency requesting that you mark one of the choices below and return your response to them. IN THE LETTER, YOU ARE TOLD THAT THIS DEBT CANNOT BE ENFORCED AGAINST YOU THROUGH COURT ACTION BECAUSE THE ENFORCEMENT PERIOD HAS RUN OUT. Based on what you know about this situation, which of the following actions would you most likely choose?

(a) make a one-time payment of 30% of your balance to settle your balance in full.

(b) make three equal monthly payments that together equal 50% of your balance.

(c) make monthly payments that you can afford until the total amount of the debt is paid in full.

(d) decline to pay the debt.

7A. Was the information that the debt could not be enforced against you because the enforcement period had run out important to you in deciding what to do, even if it was not the determining factor in making your decision?

(a) yes.

(b) no.

8A. If you had known that your choice would not affect your credit rating, which of the following actions would you have chosen?

(a) make a one-time payment of 30% of your balance to settle your balance in full.

(b) make three equal monthly payments that together equal 50% of your balance.

(c) make monthly payments that you can afford until the total amount of the debt is paid in full.

(d) decline to pay the debt.

**Survey B Questions:**

6B. Assume that you have a debt from the past. You stopped making payments on this debt more than six years ago, and the debt was eventually sent to a debt collection agency for collection. You receive a letter from this agency requesting that you mark one of the choices below and return your response to them. Based on what you know about this situation, which of the following actions would you most likely choose?

(a) make a one-time payment of 30% of your balance to settle your balance in full.

(b) make three equal monthly payments that together equals 50% of your balance.

(c) make monthly payments that you can afford until the total amount of the debt is paid in full.

(d) decline to pay the debt.

7B. Assume that you had been told in the letter from the debt collection agency that the debt could not be enforced against you through court action because the enforcement period had run out. Would this information have been important to you in deciding what to do, even if it was not the determining factor in making your decision?

(a) yes

(b) no

8B. Again, assume that you had been told in the letter from the debt collection agency that the debt could not be enforced against you through court action because the enforcement period had run out. If you had known that your choice would not affect your credit rating, which of the following actions would you have chosen?

(a) make a one-time payment of 30% of your balance to settle your balance in full.

(b) make three equal monthly payments that together equal 50% of your balance.

(c) make monthly payments that you can afford until the total amount of the debt is paid in full.

(d) decline to pay the debt.