# EXHIBIT E

```
1              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
2                     EASTERN DIVISION

3

4    SCOTT MCMAHON, on behalf     )
     of plaintiff and the         )   12-cv-1410
5    classes defined herein,      )
                                  )   Judge Kocoras
6          Plaintiff,             )   Magistrate Judge Denlow
                                  )
7    v.                           )
                                  )
8    LVNV FUNDING, LLC;           )
     RESURGENT CAPITAL SERVICES,  )
9    L.P.; ALEGIS GROUP, LLC;     )
     and TATE & KIRLIN            )
10   ASSOCIATES, INC.,            )
                                  )
11         Defendants.            )

12   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

13

14

     DEPOSITION OF:       JAMES D. WRIGHT, PH.D.
15
     DATE TAKEN:          October 30, 2014
16
     TIME:                12:56 p.m. - 2:04 p.m.
17
     PLACE:               Marriott - OIA
18                        7499 Augusta National Drive
                          Orlando Florida  32822
19
     REPORTED BY:         STACY PACE, CSR, RPR, CRR, FPR
20                        Court Reporter and Notary Public

21

22

23

24

25


                         1
```

JAMES D. WRIGHT, PH.D.

BARKLEY
Court Reporters

1    population.  Can you explain what that means?

2         A    Yes.  Keep in mind that I'm speaking here

3    about generalizability in the strict statistical

4    sense.  And the statistical rule is that you can

5    only generalize to the population that you've

6    sampled from.  Strictly speaking, you can only

7    generalize to a population from which you have taken

8    a probability sample of some sort.

9              The entire theory of statistical inference

10   tells us what can be inferred about a population

11   based on a probability sample of that population.

12   So in the strict statistical sense, you can only

13   generalize to the population from which you've drawn

14   your sample.

15        Q    And what is the population from which

16   Dr. Goldsmith's sample was drawn?

17        A    Well, I would say that it is the

18   population of persons resident in or routinely

19   reading the newspapers of five particular cities in

20   New Mexico; within that group, those who read the

21   advertisements at the back of the paper where the

22   study was promoted; of those, the subset who were of

23   the mind and inclination to respond to the survey;

24   and among those, the subset that had the technical

25   skills and equipment to do so.

12

JAMES D. WRIGHT, PH.D.

BARKLEY
Court Reporters

```
 1    something to be externally valid?

 2         A    It means that -- a study would be

 3    considered externally valid if the study was such

 4    that the results could be generalized statistically

 5    to a defined relevant population.  That's -- that's

 6    just what external validity means.

 7         Q    Is Dr. Goldsmith's study and report

 8    externally valid?

 9         A    No.

10         Q    So it's externally invalid?

11              MR. EDELMAN:  Object to form.

12    BY MR. FOSTER:

13         Q    Is that correct?

14              THE WITNESS:  I can go ahead and answer --

15              MR. EDELMAN:  Oh, absolutely.

16              THE WITNESS:  -- over your objection?

17              That seems more judgmental than I would

18         prefer to be.  I would say that it lacks

19         external validity, yes, if that's fair enough.

20    BY MR. FOSTER:

21         Q    Does Dr. Goldsmith's survey and results

22    say anything about individuals that live in

23    Illinois?

24         A    No.

25         Q    Can the results of Dr. Goldsmith's study
```

45

JAMES D. WRIGHT, PH.D.

BARKLEY
Court Reporters

1  and article be generalized to the population of the

2  state of Illinois?

3       A    Not in the statistical sense, no.

4       Q    And if it can't be generalized in a

5  statistical sense, it's -- that's a way of saying it

6  doesn't have external validity?

7       A    Correct.

8       Q    Does Dr. Goldsmith's report have external

9  validity for anyone in the state of Indiana?

10      A    No.

11      Q    Does Dr. Goldsmith's report have any

12  external validity for anyone living in the state of

13  Michigan?

14      A    No.

15      Q    What about the state of Hawaii?

16      A    No.

17      Q    What about New York City?

18      A    No.

19      Q    What about the whole state of New York?

20      A    No.

21           MR. FOSTER:  Give me a moment.

22           (Pause in proceedings.)

23  BY MR. FOSTER:

24      Q    I'd like to ask you a question -- a couple

25  questions about paragraph 5 of your report,

46

JAMES D. WRIGHT, PH.D.

BARKLEY
Court Reporters