# EXHIBIT F

Response to Dr. Wright's Assessment of the Goldsmith Study

Prepared by Timothy E Goldsmith, PhD

February 5, 2015

The following is a response to Dr. James Wright's document 'Assessment of "Testing Materiality under the Unfair Practices Acts" and Related Research Materials by Dr. Timothy E. Goldsmith'. Following Dr. Wright, the published study in question (Goldsmith, T. E. & Martin, N. (2011). Testing materiality under the unfair practices acts: What information matters when collecting time-barred debts? *Consumer Finance Law Quarterly Report, 64 (4),* 372-381) will be referred to as the Goldsmith Study. Also, the numbers below correspond to the numbered paragraphs in Dr. Wright's written assessment.

1. Dr. Wright noted that the Goldsmith study was an experiment, although aspects of the method resembled a survey. As a true experiment, the study followed the standard protocol of a randomized controlled trial study. An independent variable was manipulated (participants were either given time-barred debt information or not), participants were randomly assigned to the two treatments, and a well-defined measure of behavior was recorded (choice of debt repayment). Within the realm of research methods experimental studies are often viewed as ideal. When a question can be answered by an experiment, it is preferable to other non-experimental methods such as surveys.

   Obtaining a representative sample from a well-defined population of participants is an important concern for survey research, but less so for experiments. Indeed, peer reviews of experimental studies published in human experimental psychology journals rarely raise questions about the sample of participants. Most often the participants are undergraduate college students enrolled in a psychology course. The findings from such studies are assumed to generalize across the normal, adult population.

2. *Consumer Finance Law Quarterly Report* is a law journal. I assume it would not carry out a scientific peer-review of submitted manuscripts.

3. Dr. Wright is correct in noting that the Goldsmith Study had high internal validity. As an experiment, there was control over experimental variables including the assignment of subjects to treatments, the very conditions that lead to internal validity. It is this internal validity that gives researchers confidence that a replication of the study would produce the same results.

   External validity refers to the extent to which a study's findings can be generalized to other contexts. It derives not only from the generality of participants but also from the study materials and methods. The Goldsmith Study was designed to answer a specific question: is disclosure of the nature of time-barred debt material? As such, the study's results may not extend to other contexts, but to address this question would require knowing what contexts are in question.

4. Dr. Wright criticized the Goldsmith Study because it failed to obtain a random sample of participants from a well-defined population, but then he never defined the desired population. Instead of focusing on a specific population, the Goldsmith Study aimed to investigate the question of time-

barred debt more generally. Do people given information about time-barred debt make different repayment decisions than people who are not given this information? In theory, one could replicate the study using samples of participants randomly drawn from various populations to see if the effect fails to occur in some specific population. But without a reason to doubt the effect in some specific population, this does not make sense. Researchers do not normally seek null effects.

5. Dr. Wright seems to imply that the Goldsmith study was flawed because the participants were not actual consumers in debt who were choosing a debt repayment plan described in a letter received from an actual debt collection agency. However, such stringent criteria of realism are seldom, if ever, met in human studies. Laboratory studies of human behavior often do generalize to the real world.

The Goldsmith Study was specifically designed to distinguish between *behavior* and *belief*. Data were collected on both participants' actual choice of a debt repayment plan and their subsequent belief about whether having information about time-barred influenced that decision. Interestingly, both types of data showed that time-barred debt information was material.

Dr. Wright seems to question the validity of opinions and attitudes captured through surveys. He notes that what people say they would do is at times different from what they actually do. Research psychologists would generally agree that behavior exhibited in an experimental task is more objective and reliable than opinions or attitudes expressed through surveys.

6. The IRB does indeed review the scientific merit of research protocols, or at least it should. It is my understanding that the code of federal regulations governing IRBs requires an evaluation of scientific merit. Although such reviews may not be as rigorous as peer evaluations for a scientific journal (or even nonexistent at some universities), IRBs at the University of New Mexico do indeed evaluate each protocol's scientific merit.

7. Dr. Wright asks whether the sample of participants in the Goldsmith Study was biased and hence not representative of some population. The question of sample bias can only be addressed when there is a well-defined population. Second, could demographic characteristic (e.g., sex, age, educational level, etc.) have influenced participants' choices about repayment? The question is speculative without having at least some evidence that such demographic variables do influence decision processes. What was reported in the Goldsmith Study was that the participants in the two treatment groups did not statistically vary in any of the demographic variables collected. Thus, there is no reason to believe that the critical difference in choice behavior was due to demographic differences.

2