## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SCOTT MCMAHON, on behalf of plaintiff and the classes defined herein )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES, L.P., ALEGIS GROUP, LLC, and TATE & KIRLIN ASSOCIATES, INC. )<br>)<br>Defendants. | Case No. 12-cv-01410<br><br>Judge Jorge Alonso<br><br>Magistrate Judge Martin |

### DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

Defendants LVNV Funding, LLC, Resurgent Capital Services, L.P., Alegis Group, LLC and Tate & Kirlin Associates, Inc. by their counsel, pursuant to Federal Rule of Civil Procedure 56, hereby move that summary judgment be entered in their favor and against Plaintiff as to all claims asserted in the Second Amended Complaint. In support of their Motion, Defendants incorporate by reference herein their Memorandum of Law in Support of their Motion for Summary Judgment filed contemporaneously with this Motion.[1]

WHEREFORE, Defendants LVNV Funding, LLC, Resurgent Capital Services, L.P., Alegis Group, LLC and Tate & Kirlin Associates, Inc. pray that this Court enter its Order granting summary judgment in Defendants' favor and against Plaintiff on all claims asserted in the Second Amended Complaint and that judgment be entered thereon pursuant to Federal Rule of Civil Procedure 56.

---

[1] Defendants are seeking leave to file the Memorandum as an oversized brief.

Respectfully submitted,

LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, L.P., ALEGIS GROUP, LLC, TATE & KIRLIN ASSOCIATES, INC., Defendants

*s/ Jennifer W. Weller*
Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Nabil G. Foster
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Tel:    312-704-3000
Email: jweller@hinshawlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 12, 2017, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing **Defendants Cross Motion for Summary Judgment** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

*s/ Jennifer W. Weller*

131753917v1 0932461