IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT MCMAHON, on behalf of plaintiff and the classes defined herein </br></br> Plaintiff, </br></br> v. </br></br> LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES, L.P.; ALEGIS GROUP, LLC, and TATE & KIRLIN ASSOCIATES, INC. </br></br> Defendants. | Case No. 12-cv-01410 </br></br> Judge Jorge L. Alonso |

**MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, LVNV FUNDING, LLC ("LVNV"), RESURGENT CAPITAL SERVICES, L.P. ("Resurgent"), ALEGIS GROUP LLC ("Alegis") and TATE & KIRLIN ASSOCIATES, INC. (collectively "Defendants"), by and through their attorneys David M. Schultz, Jennifer W. Weller and Nabil G. Foster of Hinshaw & Culbertson LLP, respectfully request that this Court grant them leave to cite *McAdory v. M.N.S. & Assocs., LLC*, 2017 U.S.Dist. LEXIS 182472 (D.Or. Nov. 3, 2017); *Mitchell v. LVNV Funding, LLC,* Case No. 2:12-cv-523-TLS, 2017 U.S. Dist. LEXIS 159528 (N.D.Ind. Sept. 28, 2017), *Chernyakhovskaya v. Resurgent Capital Servs, L.P.*, No. 2:16-cv-1235 (JLL), 2017 U.S. Dist. LEXIS 133286 (D.N.J.Aug. 18, 2017) and *Baranowski v. Blitt & Gaines, P.C.*, 2017 U.S.Dist. LEXIS 121336, 2017 WL 3278322 (N.D.Ill. Aug. 2, 2017) in support of their Motion for Summary Judgment and state as follows:

1. In Defendants' Motion and Memorandum in Support of their Motion for Summary Judgment they assert that summary judgment should be granted as to LVNV because it is not a

debt collector as defined in the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et. seq*. Dkt #235,236.

2. Subsequent to the filing of their Motion for Summary Judgment the Supreme Court decided *Henson v. Santander Consumer USA Inc.*, 137 S. Ct. 1718, 1723, 198 L. Ed. 2d 177, 183 (2017) and Defendants cited to *Henson* in their Response and Reply briefs. Dkt #258, 268.

3. The courts in *Mitchell, Baranowski* and *Chernyakhovskaya* all found in favor of the debt owners in reliance on *Henson. See Mitchell v. LVNV Funding, LLC*, No. 2:12-cv-523-TLS, 2017 U.S.Dist. LEXIS (N.D.Ind. Sept. 28, 2017)[1] (granting summary judgment in favor of LVNV); *Baranowski v. Blitt & Gaines, P.C.,* 2017 U.S. Dist. LEXIS 121336 (N.D.Ill. Aug. 2, 2017)(granting motion to dismiss in favor of MSW Capital, LLC); *Chernyakhovskaya v. Resurgent Capital Servs., L.P.*, 2017 U.S. Dist. LEXIS 133286 (D.N.J. Aug. 18, 2017)(granting a motion to dismiss in favor of LVNV finding that it did not fall within the meaning of debt collector pursuant to *Henson*).[2]

4. The *McAdory* court addressed the "principal purpose" definition of debt collector under the FDCPA which was also argued by Defendants in their Motion for Summary Judgment. The court stated, "[d]ebt purchasing companies like DNF who have no interactions with debtors and merely contract with third parties to collect on the debts they have purchased simply do not have the principal purpose of collecting debts." 2017 U.S.Dist. LEXIS 18247, *8. The court concluded "these companies must fall outside the purview of the FDCPA." *Id.*

5. Because these opinions were issued after the briefing on the parties' motions for summary judgment was completed, Defendants were unable to previously cite them.

---

[1] On October 3, 2017 Plaintiff filed a motion to reconsider which has been fully briefed and is pending.
[2] Plaintiff subsequently filed an Amended Complaint but the parties have not responded to it. The docket reflects that the parties are submitting an Order for mediation.

WHEREFORE Defendants respectfully request that the Court grant their motion for leave to cite the attached *Baranowski, Chernyakhovskaya*, *Mitchell* and *McAdory* opinions as additional authority in support of their Motion for Summary Judgment.

Respectfully submitted,

LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, L.P., ALEGIS GROUP, LLC, AND TATE & KIRLIN ASSOCIATES, INC., Defendants

*/s/ Jennifer W. Weller*
Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Nabil G. Foster
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Tel:    312-704-3000
Email: jweller@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing **Motion for Leave to Cite Additional Authority** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

*/s/ Jennifer W. Weller*